## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-18611 |
| | ) | |
| Sam and Christine Di Raimondo | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the previously filed **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on January 29, 2016.

                                            /s/ Ilene F. Goldstein
                                              Ilene F. Goldstein

## SERVICE LIST

**U.S. Trustee**     **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**     **Via Court's Electronic Notice for Registrants**
Stephen S. Newland
Newland & Newland, LLP
1512 Artaius Pkwy, Suite 300
Libertyville, IL 60048

**Debtor**     **Via First Class Mail**
Sam and Christine Di Raimondo
28378 West Harvest Glen Circle
Cary, IL 60013

See Attached Service List

Wilmington Trust, National Association,
C/O Wells Fargo Bank, N.A., as servicer
Attn: Bankruptcy Dept./MAC# D3347-0
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AES/Bank of America
Aes/Ddb
Po Box 8183
Harrisburg, PA 17105-8183

AES/Ibew Local 56 Fcu
Aes/Ddb
Po Box 8183
Harrisburg, PA 17105-8183

Aes/Suntrust Bank
Aes/Ddb
Po Box 8183
Harrisburg, PA 17105-8183

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

Athletico
709 Enterprise Dr.
Oak Brook, IL 60523-8814

CU Recovery
26263 Forest Blvd
Wyoming, MN 55092-8033

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One/BestBuy
26525 N. Riverwoods Blvd.
Mettawa, IL 60045-3438

Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801-2920

CITIBANK
PO BOX 790034
ST LOUIS, MO 63179-0034

Comenity Bank/Ann Taylor
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218-2686

Comenity Bank/New York & Company
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-2686

Comenity Capital/jjill
995 W 122nd Ave
Westminster, CO 80234-3417

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850-5316

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

GECRB / JC Penney
Attn: Bankruptcy Dept
Po Box 103104
Roswell, GA 30076-9104

Gecrb/Amazon
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gecrb/tjx Cos
Po Box 965015
Orlando, FL 32896-5015

Global Credit & Collection Corp.
2699 Lee Road
Suite 330
Winter Park, FL 32789-1740

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kohls/capone
Po Box 3115
Milwaukee, WI 53201-3115

Motorola CU c/o Barbara Garrity
4244 Whitehall Lane
Algonquin, IL 60102-6726

Motorola Credit Union
1205 E Algonquin
Schaumburg, IL 60193

Motorola Employee Cred
1205 E. Algonquin Road
Schaumburg, IL 60196-1065

Pierce & Associates PC
1 N Dearborn & Associates PC
1 N Dearborn St Suite 1300
Chicago, IL 60602-4321

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541-1067

Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773-9500

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

| | | |
|---|---|---|
| Victoria's Secret<br>Attention: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana, CA 92799-5341 | Wells Fargo Hm Mortgag<br>7255 Baymeadows Wa<br>Des Moines, IA 50306 |
| Wilmington Trust, National Association,<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | Christine L Di Raimondo<br>28378 West Harvest Glen Circle<br>Cary, IL 60013-2309 | Ilene F Goldstein ESQ<br>Law Offices of Ilene F. Goldstein<br>900 Skokie Blvd<br>Ste 128<br>Northbrook, IL 60062-4052 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Sam J Di Raimondo<br>28378 West Harvest Glen Circle<br>Cary, IL 60013-2309 | Stephen S Newland<br>Newland & Newland, LLP<br>1512 Artaius Pkwy<br>Suite 300<br>Libertyville, IL 60048-5231 |
| Citibank Usa<br>Citicorp Credit /Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | Wilmington Trust, National Association,<br> AS |
| Christina DiRaimondo, Unknown | | |