**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  RAIMONDO, SAM DI           §    Case No. 15-18611
        RAIMONDO, CHRISTINE DI     §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **2/19/2016 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/22/2016        By:    /s/ Ilene F. Goldstein
                                      Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: RAIMONDO, SAM DI | § | Case No. 15-18611 |
| RAIMONDO, CHRISTINE DI | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 53.98 |
| *leaving a balance on hand of* [1] | $ 9,946.02 |
| **Balance on hand:** | $ 9,946.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,946.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 1,431.00 | 0.00 | 1,431.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 43.12 | 0.00 | 43.12 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,224.12 |
| Remaining balance: | $ 6,721.90 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,721.90 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,787.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 6,787.95 | 0.00 | 6,721.90 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,721.90 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,391.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,747.41 | 0.00 | 0.00 |
| 2 | Discover Bank | 3,324.67 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 34.82 | 0.00 | 0.00 |
| 4 | Navient Solutions, Inc. | 10,662.13 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 2,166.16 | 0.00 | 0.00 |
| 6 | Capital One, N.A. | 1,885.21 | 0.00 | 0.00 |
| 7 | American Express Centurion Bank | 633.22 | 0.00 | 0.00 |
| 8 | Capital Recovery V, LLC | 1,720.02 | 0.00 | 0.00 |
| 9 | Capital Recovery V, LLC | 275.96 | 0.00 | 0.00 |
| 10 | Portfolio Recovery Associates, LLC | 941.70 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,799.09 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Citibank, N.A. | 5,799.09 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-18611-ABG
Sam J Di Raimondo                                                       Chapter 7
Christine L Di Raimondo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Jan 28, 2016
                              Form ID: pdf006             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2016.
db/jdb         +Sam J Di Raimondo,   Christine L Di Raimondo,   28378 West Harvest Glen Circle,
                 Cary, IL 60013-2309
23331524       +AES/Bank of America,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
23331525       +AES/Ibew Local 56 Fcu,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
23331526       +Aes/Suntrust Bank,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
23331527       +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
23845827        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
23331528       +Athletico,   709 Enterprise Dr.,   Oak Brook, IL 60523-8814
23331533       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,   Citicorp Credit /Attn:Centralize,   Po Box 20507,
                 Kansas City, MO 64195)
23331538       +CU Recovery,   26263 Forest Blvd,   Wyoming, MN 55092-8033
23331529       +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
23745043        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
23770718        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
23331531       +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
23331535       +Comenity Bank/Ann Taylor,   Attention: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
23331536       +Comenity Bank/New York & Company,   Attention: Bankruptcy,   P.O. Box 182686,
                 Columbus, OH 43218-2686
23331537       +Comenity Capital/jjill,   995 W 122nd Ave,   Westminster, CO 80234-3417
23331540       +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
23331548       +Motorola CU c/o Barbara Garrity,   4244 Whitehall Lane,   Algonquin, IL 60102-6726
23331547        Motorola Credit Union,   1205 E Algonquin,   Schaumburg, IL 60193
23331549       +Motorola Employee Cred,   1205 E. Algonquin Road,   Schaumburg, IL 60196-1065
23739862       +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
23331534       +Pierce & Associates PC,   1 N Dearborn & Associates PC,   1 N Dearborn St Suite 1300,
                 Chicago, IL 60602-4321
23331552       +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
23331553       +Victoria's Secret,   Attention: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
23331554       +Wells Fargo Dealer Services,   PO Box 25341,   Santa Ana, CA 92799-5341
23331555        Wells Fargo Hm Mortgag,   7255 Baymeadows Wa,   Des Moines, IA 50306
23371827       +Wilmington Trust, National Association, as Success,   c/o Pierce & Associates,
                 1 N. Dearborn, Suite 1300,   Chicago, IL 60602-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23886877        E-mail/PDF: rmscedi@recoverycorp.com Jan 29 2016 01:26:45     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
24094634        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2016 01:27:38     Citibank, N.A.,
                 c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
23673985        E-mail/Text: mrdiscen@discover.com Jan 29 2016 01:19:26     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
23331539       +E-mail/Text: mrdiscen@discover.com Jan 29 2016 01:19:26     Discover Fin Svcs Llc,
                 Po Box15316,   Wilmington, DE 19850-5316
23331541       +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2016 01:27:57     GECRB / JC Penney,
                 Attn: Bankruptcy Dept,   Po Box 103104,   Roswell, GA 30076-9104
23331542       +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2016 01:26:38     Gecrb/Amazon,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
23331543       +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2016 01:26:39     Gecrb/tjx Cos,   Po Box 965015,
                 Orlando, FL 32896-5015
23331545        E-mail/Text: cio.bncmail@irs.gov Jan 29 2016 01:19:55     Internal Revenue Service,
                 Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
23331546       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 29 2016 01:19:43     Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
23331550        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2016 01:26:44
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
23940067        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2016 01:26:43
                 Portfolio Recovery Associates, LLC,   Successor to Comenity Bank(Ann Taylor),   POB 41067,
                 Norfolk, VA 23541
23331551       +E-mail/PDF: pa_dc_claims@navient.com Jan 29 2016 01:28:02     Sallie Mae,
                 Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                                             TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23331532        Christina DiRaimondo,   Unknown
23331530      ##+Capital One/BestBuy,   26525 N. Riverwoods Blvd.,   Mettawa, IL 60045-3438
23331544      ##+Global Credit & Collection Corp.,   2699 Lee Road,   Suite 330,   Winter Park, FL 32789-1740
                                                                                   TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Jan 28, 2016
                               Form ID: pdf006             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2016 at the address(es) listed below:

```
              Christopher M Brown    on behalf of Creditor    Wilmington Trust, National Association, as
               Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Securities Corporation,
               Mortgage Pass-Through Certificates, Series 2005-10 northerndistrict@atty-pierce.com,
               Christopher.brown@pierceservices.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,   il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Attorney Illene F Goldstein ifgcourt@aol.com,
               IL35@ecfcbis.com
              Kinnera  Bhoopal    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for Structured Asset Securities Corporation, Mortgage
               Pass-Through Certificates, Series 2005-10, through its kinnera.bhoopal@pierceservices.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen S Newland    on behalf of Debtor 1 Sam J Di Raimondo steve@newlandlaw.com,
               mike@newlandlaw.com
              Stephen S Newland    on behalf of Debtor 2 Christine L Di Raimondo steve@newlandlaw.com,
               mike@newlandlaw.com
                                                                                             TOTAL: 9
```