# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RAIMONDO, SAM DI § Case No. 15-18611
RAIMONDO, CHRISTINE DI §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,113,437.38                     Assets Exempt: $586,532.81
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,721.90           Claims Discharged
                                                     Without Payment: $39,256.44

Total Expenses of Administration: $3,278.10

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,278.10 | 3,278.10 | 3,278.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,787.95 | 6,787.95 | 6,721.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 39,190.39 | 39,190.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $49,256.44 | $49,256.44 | $10,000.00 |

4) This case was originally filed under Chapter 7 on May 28, 2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/03/2016     By: /s/ILENE F. GOLDSTEIN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Lexus GX470; over 139,000 miles. Fair condi | 1129-000 | 2,600.00 |
| 2003 Infiniti I35; over 130,000 miles. Fair cond | 1129-000 | 1,982.00 |
| 2003 Hyundai Tiburon; over 110,000 miles. Fair c | 1129-000 | 2,678.00 |
| Potential Preference/Fraudulent Conveyence | 1141-000 | 2,740.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 1,431.00 | 1,431.00 | 1,431.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 15-18611   Doc 38   Filed 06/08/16   Entered 06/08/16 14:59:10   Desc Main
            Document      Page 4 of 8

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 43.12 | 43.12 | 43.12 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.36 | 14.36 | 14.36 |
| Rabobank, N.A. | 2600-000 | N/A | 13.86 | 13.86 | 13.86 |
| Rabobank, N.A. | 2600-000 | N/A | 15.76 | 15.76 | 15.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,278.10** | **$3,278.10** | **$3,278.10** |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | N/A | 6,787.95 | 6,787.95 | 6,721.90 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,787.95 | $6,787.95 | $6,721.90 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,747.41 | 11,747.41 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 3,324.67 | 3,324.67 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 34.82 | 34.82 | 0.00 |
| 4 | Navient Solutions, Inc. | 7100-000 | N/A | 10,662.13 | 10,662.13 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,166.16 | 2,166.16 | 0.00 |
| 6 | Capital One, N.A. | 7100-000 | N/A | 1,885.21 | 1,885.21 | 0.00 |
| 7 | American Express Centurion Bank | 7100-000 | N/A | 633.22 | 633.22 | 0.00 |
| 8 | Capital Recovery V, LLC | 7100-000 | N/A | 1,720.02 | 1,720.02 | 0.00 |
| 9 | Capital Recovery V, LLC | 7100-000 | N/A | 275.96 | 275.96 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 941.70 | 941.70 | 0.00 |
| 11 | Citibank, N.A. | 7200-000 | N/A | 5,799.09 | 5,799.09 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $39,190.39 | $39,190.39 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-18611  
**Case Name:** RAIMONDO, SAM DI  
RAIMONDO, CHRISTINE DI  
**Period Ending:** 06/03/16

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/28/15 (f)  
**§341(a) Meeting Date:** 07/23/15  
**Claims Bar Date:** 11/30/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home located at 28378 West Harvest<br>Imported from original petition Doc# 1 | 515,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand or in debtor's possession.<br>Imported from original petition Doc# 1 | 33.00 | 0.00 | | 0.00 | FA |
| 3 | Cary Bank & Trust Checking Account No. Ending 87<br>Imported from original petition Doc# 1 | 54.57 | 0.00 | | 0.00 | FA |
| 4 | Cary Trust & Savings Account.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Usual and necessary household goods and furnishi<br>Imported from original petition Doc# 1 | 3,000.00 | 587.57 | | 0.00 | FA |
| 6 | Books, artwork and DVDs.<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 7 | Usual and necessary clothing and shoes.<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding band and engagement ring, costume jewelr<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | CUNA Mutual Life Policy. Total accumulated value<br>Imported from original petition Doc# 1 | 1,417.00 | 1,417.00 | | 0.00 | FA |
| 10 | Carlson 401K.<br>Imported from original petition Doc# 1 | 32,049.49 | 0.00 | | 0.00 | FA |
| 11 | Motorola Solutions 401(k) Plan<br>Imported from original petition Doc# 1 | 543,483.32 | 0.00 | | 0.00 | FA |
| 12 | 2005 Lexus GX470; over 139,000 miles. Fair condi<br>Imported from original petition Doc# 1 | 9,000.00 | 2,600.00 | | 2,600.00 | FA |
| 13 | 2003 Infiniti I35; over 130,000 miles. Fair cond<br>Imported from original petition Doc# 1 | 1,982.00 | 1,982.00 | | 1,982.00 | FA |
| 14 | 2003 Hyundai Tiburon; over 110,000 miles. Fair c<br>Imported from original petition Doc# 1 | 2,678.00 | 2,678.00 | | 2,678.00 | FA |
| 15 | 2012 Hyundai Sonata Sedan; over 30K miles; good<br>Imported from original petition Doc# 1 | 16,000.00 | 907.00 | | 0.00 | FA |
| 16 | 3 dogs<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-18611  
**Case Name:** RAIMONDO, SAM DI  
RAIMONDO, CHRISTINE DI  
**Period Ending:** 06/03/16

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/28/15 (f)  
**§341(a) Meeting Date:** 07/23/15  
**Claims Bar Date:** 11/30/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Potential Preference/Fraudulent Conveyence | 0.00 | 0.00 | | 2,740.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$1,127,097.38** | **$10,471.57** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    STATUS: THE TRUSTEE COLLECTED A PREFERENTIAL TRANSFER. THE TRUSTEE IS ALSO LOOKING AT A FEW OTHER ASSETS. THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE. THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016   **Current Projected Date Of Final Report (TFR):**   December 31, 2016

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-18611  
**Case Name:** RAIMONDO, SAM DI  
RAIMONDO, CHRISTINE DI  
**Taxpayer ID #:** \*\*-\*\*\*0243  
**Period Ending:** 06/03/16

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*2266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/11/15 | | Christine & Sam DiRaimondo | SETTLEMENT FROM DEBTOR FOR FRAUDULENT TRANSFER | | | 10,000.00 | | 10,000.00 |
| | {12} | | Settlement | 2,600.00 | 1129-000 | | | 10,000.00 |
| | {13} | | Settlement | 1,982.00 | 1129-000 | | | 10,000.00 |
| | {14} | | Settlement | 2,678.00 | 1129-000 | | | 10,000.00 |
| | {17} | | Settlement | 2,740.00 | 1141-000 | | | 10,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 9,990.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.36 | 9,975.64 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.86 | 9,961.78 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.76 | 9,946.02 |
| 02/22/16 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | | 2100-000 | | 1,750.00 | 8,196.02 |
| 02/22/16 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $43.12, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 43.12 | 8,152.90 |
| 02/22/16 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $1,431.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 1,431.00 | 6,721.90 |
| 02/22/16 | 104 | Internal Revenue Service | Dividend paid 99.02% on $6,787.95; Claim# 3P; Filed: $6,787.95; Reference: | | 5800-000 | | 6,721.90 | 0.00 |

| | | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 10,000.00 | 10,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | $10,000.00 | $10,000.00 | |

Net Receipts : 10,000.00  
Net Estate : $10,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*2266** | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)